IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**WILLIE ROLAND, ET AL.**     **PLAINTIFFS**

**V.**     **CAUSE NO. 3:15-CV-4-CWR-FKB**

**CITY OF MERIDIAN, MISSISSIPPI, ET AL.**     **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball, which was entered on February 12, 2016. Docket No. 3. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed without prejudice for failure to timely serve the purported defendants and for failure to prosecute.

A separate Final Judgment will issue this day.

**SO ORDERED**, this the 7th day of March, 2016.

                                         s/ Carlton W. Reeves
                                         UNITED STATES DISTRICT JUDGE